UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLASMA PHYSICS CORPORATION and SOLAR PHYSICS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TPO DISPLAYS CORP. and TPO DISPLAYS USA INC.,<br><br>Defendants. | Civil Action No.2:08-CV-1625 LDW-WDW<br><br><br>DECLARATION OF MATTHEW M. D'AMORE |

MATTHEW M. D'AMORE, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, located at 1290 Avenue of the Americas, New York, New York, 10104, attorneys for TPO Displays Corp. and TPO Displays USA Inc., in these proceedings. I submit this declaration in support of the motion, pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, for an order granting Bita Rahebi admission *pro hac vice* to the bar of the United States District Court for the Eastern District of New York in order to argue and try the above-captioned case.

2. I am a member in good standing of the bar of this Court.

3. I have reviewed the affidavit of Bita Rahebi in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the affidavit is true and correct. Bita Rahebi is fully familiar with the facts of this case.

       4.    Upon the foregoing facts, I respectfully request that the Court grant the motion for the admission *pro hac vice* of Bita Rahebi to the bar of the United States District Court for the Eastern District of New York.

       I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of August, 2008, in New York, New York.

                                            Matthew M. D'Amore